**No. 63610.**—The Danwill Co. v. United States, protests 58/21800 and 58/21801 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of automobile tires similar in all material respects to those the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C.D. 1882), the claim of the plaintiff was sustained.

**No. 63611.**—Louis Goldey Co., Inc. v. United States, protest 328581–K (New York).

Opinion by JOHNSON, J. At the trial, it was stipulated that the merchandise consists of glazed tiles, measuring 4¼ by 4¼ inches, although shown on the consular invoice as being 4½ by 4½ inches in size; that duty was assessed upon an amount in excess of that actually imported; and that the following quantities were imported: Invoice No. 1, cases 1 to 1,000, on a quantity of 15,000 square feet, and invoice No. 4, cases 1 to 2,000, on a quantity of 30,000 square feet. Accordingly, the claim of the plaintiff was sustained as to said merchandise.